IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:

CHRISTOPHER A. HERING
PAULA A. HERING,    Case No:    13-30004-KKS
                    Chapter 13

    Debtors.

---

## CONSENT MOTION OF SYNOVUS BANK FOR
## EXTENSION OF TIME TO OBJECT
## TO DISCHARGE AND DISCHARGEABILITY

Creditor, Synovus Bank, by and through its undersigned attorney, hereby files this Consent Motion for Extension of Time to Object to Discharge of the Debtors and Dischargeability of Synovus Bank's claims against Debtors pursuant to Rule 4004(b) and Rule 4007(d) of the Federal Rules of Bankruptcy Procedure, and as grounds therefore will show:

1. The Debtors filed their petition under Chapter 13 of the Bankruptcy Code on January 4, 2013. The First Meeting of Creditors was held on February 27, 2013, and the deadline for objecting to discharge and the dischargeability of Synovus Bank's debt is April 29, 2013.

2. Synovus Bank is a Creditor of the Debtors whose claims are more specifically set forth in the Schedules and Statement of Affairs, and more accurately in the Proofs of Claim filed in this action, which claims are hereby incorporated by this reference.

3. Creditor, Synovus Bank has pursued its investigation diligently both at and since the § 341 Meeting in this case. Thereafter, Synovus Bank conducted a 2004 Examination of the Debtors on April 10, 2013, and since that date continues to follow up to obtain information from the Debtors. Creditor, Synovus Bank, does not believe that sufficient time exists under the present deadline to fully investigate the Debtors' activities and financial affairs. Creditor, Synovus Bank, seeks additional time to complete its investigation and discovery for purposes of making a decision with respect to the nature and extent of its complaint, if any, objecting to discharge and/or dischargeability, and proceeding, if it be so advised.

4. Creditor, Synovus Bank believes that additional time to, through, and including June 29, 2013, would be sufficient for an extension.

5. This Motion is brought in good faith and based upon the reasons set forth in this Motion.

6. Pursuant to Fed. R. Bank. P. 4004(b) and 4007(d), the time for filing a complaint objecting to discharge or dischargeability may be extended by the Court for cause. It is submitted that good cause has been shown.

7. Counsel for the Creditor, Synovus Bank, is authorized to represent to the Court that counsel for the Debtors has consented to the extension sought herein.

WHEREFORE, Creditor, Synovus Bank prays that this Court will consider the foregoing and grant an extension of time to Synovus Bank, only, within which it may file a

complaint objecting to discharge of the Debtors or the dischargeability of Synovus Bank's claims, to, through, and including June 29, 2013, if Synovus Bank may be so advised, and that the Court grant such other and further relief as may be appropriate under the circumstances.

/s/ Philip A. Bates
PHILIP A. BATES
Florida Bar No. 228354
PHILIP A. BATES, P.A.
25 West Cedar Street, Suite 550 (32502)
P.O. Box 1390
Pensacola, FL 32591-1390
Telephone: (850) 470-0091
Telecopier: (850) 470-0441
pbates@philipbates.net
Attorney for Creditor, Synovus Bank

### CERTIFICATE OF SERVICE

The following parties were served either by standard first class mail, postage prepaid, otherwise by electronic means, as indicated, on this __ day of April, 2013:

Amy Logan Sliva
amysliva@cox.net
Attorney for Debtors

Leigh D. Hart
Chapter 13 Trustee
ldhdock@earthlink.net

United States Trustee
USTPRegion21.TL.ECF@usdoj.gov

/s/ Philip A. Bates