IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:

CHRISTOPHER A. HERING
PAULA A. HERING,

      Case No:   13-30004-KKS
      Chapter 13

Debtors.

## NOTICE OF FILING AMENDED CERTIFICATE OF SERVICE

COMES NOW, PHILIP A. BATES of the law firm of PHILIP A. BATES P.A., and files this Notice of Filing Amended Certificate of Service showing service of the Consent Motion of Synovus Bank for Extension of Time to Object to Discharge and Dischargeability [Doc. # 70] on the following parties by electronic means on April 26, 2013:

Amy Logan Sliva
amysliva@cox.net
Attorney for Debtors

Leigh D. Hart
Chapter 13 Trustee
ldhdock@earthlink.net

United States Trustee
USTPRegion21.TL.ECF@usdoj.gov

           /s/ Philip A. Bates
      PHILIP A. BATES
      Florida Bar No. 228354
      PHILIP A. BATES, P.A.

                                            25 West Cedar Street, Suite 550 (32502)
                                            P.O. Box 1390
                                            Pensacola, FL 32591-1390
                                            Telephone: (850) 470-0091
                                            Telecopier: (850) 470-0441
                                            pbates@philipbates.net
                                            Attorney for Creditor, Synovus Bank

## CERTIFICATE OF SERVICE

The following parties were served by electronic means on the 26th day of April, 2013:

Amy Logan Sliva
amysliva@cox.net
Attorney for Debtors

Leigh D. Hart
Chapter 13 Trustee
ldhdock@earthlink.net

United States Trustee
USTPRegion21.TL.ECF@usdoj.gov


                                                                                  /s/Philip A. Bates
                                                                              PHILIP A. BATES